IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COUNCIL 16 NORTHERN
CALIFORNIA HEALTH AND
WELFARE TRUST FUND, et al.,

    Plaintiffs,

  v.

ADVANCED CONCRETE
TECHNOLOGIES, INC., a/k/a
ADVANCED CONCRETE TECH, INC.,
and MATTHEW SCOTT RAINES,

    Defendants.
                               /

No. C 08-04430 WHA

**ORDER DENYING PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

Good cause not shown, the Court **DENIES** plaintiffs' ex parte request to continue the case management conference for ninety days.

**IT IS SO ORDERED.**

Dated: January 6, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE