1  Muriel B. Kaplan, Esq. (SBN 124607)
   Shaamini A. Babu, Esq. (SBN 230704)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  sbabu@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | DISTRICT COUNCIL 16 NORTHERN | Case No.: C08-4430 WHA
   | CALIFORNIA HEALTH AND WELFARE |
11 | TRUST FUND, et al., | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MATTHEW SCOTT RAINES**
12 | Plaintiffs, |
13 | v. |
14 | ADVANCED CONCRETE TECHNOLOGIES, INC., aka ADVANCED CONCRETE TECH, INC., and MATTHEW SCOTT RAINES, |
15 | |
16 | Defendants. |
17

18     PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs DISTRICT

19 COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,

20 voluntarily dismiss, without prejudice, their claim against Defendant MATTHEW SCOTT

21 RAINES ("Raines").  Raines has neither served an answer nor moved for summary judgment, and

22 plaintiffs have not previously filed or dismissed any similar action against Raines.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28
                                                                                      -1-
                                                    **NOTICE OF VOLUNTARY DISMISSAL OF M. RAINES**
                                                                     **Case No.: C08-4430 WHA**
P:\CLIENTS\FLRCL\Advanced Concrete Technologies\Pleadings\C08-4430 WHA Notice of Voluntary Dismissal 031109.DOC

It is therefore requested that Defendant MATTHEW SCOTT RAINES be dismissed without prejudice.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 11th day of March, 2009, at San Francisco, California.

                                              SALTZMAN & JOHNSON
                                              LAW CORPORATION

                                              By:_____/s/_____
                                                 Shaamini A. Babu
                                                 Attorneys for Plaintiffs

IT IS SO ORDERED.

    Defendant MATTHEW SCOTT RAINES is dismissed without prejudice.

Date:__March 16, 2009__                               _____
                                                          UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]*

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On March 11, 2009, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL OF<br>MATTHEW SCOTT RAINES**

on the interested parties in said action by First Class U.S. Mail by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Matthew Scott Raines**<br>**428 East Thunderbird Road #509**<br>**Phoenix, AZ 85022** | **Advanced Concrete Technologies, Inc.,**<br>**aka Advanced Concrete Tech, Inc.**<br>**2103 Presidio Court**<br>**Danville, CA 94526** |
| **Advanced Concrete Technologies, Inc.,**<br>**aka Advanced Concrete Tech, Inc.**<br>**c/o Matthew Raines**<br>**428 East Thunderbird Road #509**<br>**Phoenix, AZ 85022** | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 11th day of March, 2009, at San Francisco, California.

```
                    _____/s/_____
                              Qui X. Lu
```

-1-
**PROOF OF SERVICE**
**Case No.: C08-4430 WHA**

P:\CLIENTS\FLRCL\Advanced Concrete Technologies\Pleadings\C08-4430 WHA Notice of Voluntary Dismissal 031109.DOC