IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED CONCRETE TECHNOLOGIES, INC., a/k/a ADVANCED CONCRETE TECH, INC., and MATTHEW SCOTT RAINES, <br><br> Defendants. / | No. C 08-04430 WHA <br><br> **ORDER DENYING REQUEST TO VACATE HEARING** |

The Court is in receipt of counsel's request to vacate the April 23 hearing on plaintiffs' motion for default judgment. The request is **DENIED**, the Court finds that an in-person hearing on the motion is necessary.

**IT IS SO ORDERED.**

Dated: April 22, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE