IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, its JOINT BOARD OF TRUSTEES, and DOUG CHRISTOPHER as Trustee, DISTRICT COUNCIL 16 NORTHERN CALIFORNIA APPRENTICE & JOURNEYMAN TRAINING TRUST FUND, and DOUG CHRISTOPHER as Trustee, RESILIENT FLOOR COVERING PENSION FUND, its BOARD OF TRUSTEES, and STEVE HAVENS, as Trustee, CENTRAL COAST COUNTIES FLOOR COVERING INDUSTRY PENSION FUND, its BOARD OF TRUSTEES, and STEVE HAVENS as Trustee, DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,

   Plaintiffs,

 v.

ADVANCED CONCRETE TECHNOLOGIES, INC., a/k/a ADVANCED CONCRETE TECH, INC.,

   Defendant.

   /

No. C 08-04430 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting plaintiffs' motion for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiffs and against defendant Advanced Concrete Technologies, Inc., who shall pay plaintiffs $59,245.05 (for contributions and liquidated damages for the period June 2007 through April 2008, interest, attorney's fees, and costs of suit). Post-judgment will accrue at the statutory rate. The Clerk shall close the file.

  **IT IS SO ORDERED.**

Dated: April 27, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE